NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MAGNACROSS LLC,**
*Plaintiff-Appellant*

**v.**

**OKI DATA AMERICAS, INC.,**
*Defendant-Appellee*

---

2022-1840

---

Appeal from the United States District Court for the Northern District of Texas in No. 3:20-cv-01959-M, Chief Judge Barbara M.G. Lynn.

---

### O R D E R

The parties having so agreed,

IT IS ORDERED THAT:

(1) The above-captioned appeal is dismissed under Fed. R. App. P. 42(b).

(2) Each side shall bear their own costs.

FOR THE COURT

June 7, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Acting Clerk of Court

**ISSUED AS A MANDATE:** June 7, 2023